IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11145
Conference Calendar
_____


CAJETAN UCHE ODUEZE,

Plaintiff-Appellant,

versus

ARTHUR STRAPP, District Director, Immigrations
and Naturalization Service,

Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:93-CV-2447-R
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Cajetan Uche Odueze has appealed the dismissal of his 28 U.S.C. § 2241 petition for a writ of habeas corpus for lack of jurisdiction. Odueze contends that the district court should have transferred the case to the Western District of Texas. The dismissal of the petition was without prejudice and Odueze has not suggested why the interest of justice would be served by transfer instead of dismissal. See 28 U.S.C. § 1631.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Odueze's appeal is frivolous and is DISMISSED.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); see 5th Cir. R. 42.2.

We caution Odueze that any additional frivolous appeals filed by him will invite the imposition of sanctions.  To avoid sanctions, Odueze is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.